

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| Texas Health and Human Services F/K/A Texas Department of Aging and Disability Services A/K/A El Paso State Supported Living Center, | § | No. 08-22-00080-CV |
| | § | Appeal from the |
| | § | 448th District Court |
| Appellant, | | |
| | § | of El Paso County, Texas |
| v. | § | (TC# 2018DCV3036) |
| Martha Garcia., | § | |
| Appellee. | § | |
| | § | |

## O R D E R

Appellant has filed a second agreed motion for abatement. The Court finds good cause to grant this abatement.  Therefore, we ORDER this appeal to be abated until September 17, 2022. The appellate timetable will be suspended during the abatement. The parties are directed to notify the Court whether the dispute has been resolved and to file the motion necessary to dispose of the appeal. *See* TEX.R.APP.P. 42.1(a)(1), (2). If the parties are unsuccessful in resolving the appeal by agreement, the appeal will be reinstated and the record will be due 20 days from the date of the reinstatement order.

IT IS SO ORDERED this 26th day of August, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.